IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| William R. Kowalski and<br>Hawaii International<br>Seafood Inc.,<br><br>    Plaintiff(s),<br><br>   vs.<br><br>East Asia Fish Company,<br>Inc., Benedicto N. Alves,<br>Trident Marketing, Inc.., <br><br>    Defendant(s). | ) 1:05-CV-00680-HG-LEK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 19, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: Honolulu, Hawaii, March 11, 2008.



　　　　　　　　　　　　　　　/s/ Helen Gillmor
　　　　　　　　　　　　　　Chief United States District Judge